IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID F. HAKA,

    Plaintiff,

v.

LINCOLN COUNTY and
LINCOLN COUNTY BOARD
OF SUPERVISORS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-594-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Lincoln County and Lincoln County Board of Supervisors, DISMISSING plaintiff David F. Haka's case with prejudice and, by agreement of the parties, without costs.

Approved as to form this 21st day of April, 2008.

_____
Barbara B. Crabb,
District Judge

THERESA M. OWENS
By: L. Jensen, Deputy Clerk
_____
Theresa M. Owens, Clerk of Court

APR 2 1 2008
_____
Date